[No. 16164-1-III.    Division Three.    June 9, 1998.]

*In the Matter of the Custody of* E.T., ET AL.

ADRIAN T., ET AL., *Appellants*, v. TRACY A.T., *Respondent*.

Appeal from a judgment of the Superior Court for Whitman County, No. 95-3-00033-1, John M. Lyden, J., entered September 20, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 16314-8-III.    Division Three.    June 9, 1998.]

JOSEPH S. POKRIFCHAK, ET AL., *Appellants*, v. JOHN D. WEINSTEIN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Douglas County, No. 95-2-00199-5, Carol A. Wardell, J., entered November 26, 1996. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.

[No. 16425-0-III.    Division Three.    June 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIAN PETIE LEE ARAGON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 96-1-00031-6, Michael W. Leavitt, J., entered January 31, 1997. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 16561-2-III.    Division Three.    June 9, 1998.]

MICHAEL P. SCHUYLEMAN, *Appellant*, v. CHELAN COUNTY PUBLIC UTILITY DISTRICT No. 1, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 95-2-00422-3, John E. Bridges, J., entered April 3, 1997. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.